

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA  :

v.  CRIMINAL NO. 15cr 398-3

WAYDE MCKELVY

FILED
SEP 0 2 2015
MICHAEL E. KUNZ, Clerk
By_____ Dep. Clerk

ORDER FOR BENCH WARRANT

AND NOW, this 2d day of September, 2015, on motion of Zane David Memeger, United States Attorney for the Eastern District of Pennsylvania, it is ORDERED that a bench warrant be issued for the arrest of the defendant in the above-captioned case.

BY THE COURT:

_____
HONORABLE RICHARD A. LLORET
United States Magistrate Judge



IN THE UNITED STATES OF DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| v. | : CRIMINAL NO. 15cr398-3 |
| WAYDE MCKELVY | : |

FILED
SEP 0 2 2015
MICHAEL E. KUNZ, Clerk
By_____ Dep. Clerk

## MOTION FOR BENCH WARRANT

AND NOW, this 2nd day of September, 2015, Zane David Memeger, United States Attorney for the Eastern District of Pennsylvania, and Robert J. Livermore, Assistant United States Attorney move the Court for the allowance of a bench warrant in the above-entitled case directed to the United States Marshal, Eastern District of Pennsylvania, or any other United States Marshal or officer authorized to execute same.

Respectfully submitted,

ZANE DAVID MEMEGER
United States Attorney

_____
ROBERT J. LIVERMORE
Assistant United States Attorney