

**U.S. Department of Justice**

*United States Attorney*

*Eastern District of Pennsylvania*

*Direct Dial: (215) 861-8464*
*Facsimile: (215) 861-8618*
*E-mail Address: Robert.j.livermore@usdoj.gov*

*615 Chestnut Street*
*Suite 1250*
*Philadelphia, Pennsylvania 19106-4476*
*(215) 861-8200*

September 3, 2015

U.S. District Court Clerk's Office
Criminal Division
2609 United States Courthouse
601 Market Street
Philadelphia, PA 19106
\

    Re:    United States v. Troy Wragg, et al.
            Criminal No. 15-398

Dear Clerk:

Please unimpound the Indictment in regard to the above-captioned case. The Indictment was filed on September 2, 2015.

                                    Very truly yours,

                                    ZANE DAVID MEMEGER
                                    United States Attorney

                                    ROBERT J. LIVERMORE
                                    Assistant United States Attorney