IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| UNITED STATES OF AMERICA V. | : | **CRIMINAL NO.** 15-398-01 |
|---|---|---|
| | : | **CHARGE**: Conspiracy to Commit Wire Fraud; Wire Fraud; Conspiracy to Commit Securities Fraud; Securities Fraud |
| | : | **STATUTE**: 18:371;18:1343; 18:371; 15:78j(b), 78ff and 17C.F.R. 240.10b-5 |
| TROY WRAGG | : | |
| | : | GUIDELINE CASE Yes X No ☐ |
| Address | : | ON BAIL X IN CUSTODY ☐ |
| City State Zip | : | PROSECUTOR ROBERT LIVERMORE, AUSA |
| Telephone | | |

## ABSTRACT OF ORDER FOR PRESENTENCE INVESTIGATION

TO THE ABOVE-NAMED DEFENDANT:

On MARCH 2, 2017, upon your plea/verdict of guilty to Count(s) 1 - 10, Judge Slomsky has ordered that a presentence investigation be conducted by the Probation Office and a report submitted to the Court.

You are directed to appear for sentencing on **a date to be set** at **a later date.**

You are further directed to report immediately to the U.S. Probation Office, 600 Arch Street, Suite 2400, Philadelphia, PA 19106, and present this notice. If you have any questions, you should consult your attorney, who may accompany and advise you during your interviews.

- The following evaluations are also ordered: ☐ drug; ☐ alcohol; ☐ psychiatric; ☐ other:

☐ If margin block is checked, the Court is directing the
U.S. Pretrial Services Office not to release its case file
information or other documents to the Probation Office
pursuant to Title 18, U.S.C., § 3153(c)(2)(C).

To: Probation Office and PTS

Date: 3/2/2017

By Whom: MJH